IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$6,163.00 IN U.S. CURRENCY<br><br>Defendant *In Rem*. | Civil No.: |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of January, 2025.

                W. Stephen Muldrow
                United States Attorney

                */s/ Juan Carlos Reyes-Ramos*
                USDC/PR Bar # G01510
                Assistant United States Attorney
                United States Attorney's Office
                Torre Chardón, Suite 1201
                350 Carlos Chardón Avenue
                San Juan, Puerto Rico 00918
                Email: juan.c.reyes@usdoj.gov
                Tel (787) 766-5656 / Fax (787) 771-4050