# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$6,163.00 IN U.S. CURRENCY,<br><br>Defendant *In Rem*. | Civil No.: |

## MOTION REQUESTING ISSUANCE OF WARRANT OF ARREST IN REM UNDER SUPPLEMENTAL RULE G(3)(B)(i)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for a warrant of arrest *In Rem*, respectfully states as follows:

1. Plaintiff has commenced a forfeiture action against the Defendant *In Rem*, pursuant to 21 U.S.C. § 881(a)(6).

2. The Defendant *In Rem* is in the possession, custody, and control of the United States.

3. Under Supplemental Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4. Pursuant to Supplemental Rule G(3)(c), the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *In Rem* for the Defendant *In Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of January, 2025.

      W. Stephen Muldrow
      United States Attorney

      */s/ Juan Carlos Reyes-Ramos*
      USDC/PR Bar # G01510
      Assistant United States Attorney
      United States Attorney's Office
      Torre Chardón, Suite 1201
      350 Carlos Chardón Avenue
      San Juan, Puerto Rico 00918
      Email: juan.c.reyes@usdoj.gov
      Tel (787) 766-5656 / Fax (787) 771-4050